GUILD EQUITIES, INC. *v*. EARLE HARRIS

The motion by the plaintiff to dismiss the "appeal" from the decision of the Appellate Division of the Circuit Court is denied.

*James F. Bingham,* for the appellee (plaintiff).

*Robert E. Connolley,* for the appellant (defendant).

Argued April 6—decided April 6, 1965

INTERNATIONAL FLAVORS AND FRAGRANCES, INC. *v*. EDWARD H. WANER ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*John F. Spindler,* with whom was *Morgan P. Ames,* for the appellee (plaintiff).

*Joseph J. Mager,* for the appellant (defendant John J. Cott).

Argued April 6—decided April 6, 1965

FRED J. SIMPSON *v*. HARRIET SARGENT

Judgment shall be entered dismissing the appeal from the Court of Common Pleas in the judicial district of Waterbury unless, by May 18, 1965, the defendant shall file her assignment of errors.

*Joseph Protter,* for the appellee (plaintiff).

*Harriet Sargent,* pro se, the appellant (defendant).

Argued April 6—decided April 6, 1965